IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN DANIELS , <br>     Plaintiff, <br><br> v. <br><br> NORTH WESTERN HUMAN SERVICES, MARLENE GREENE, JEOVHANNA LEWIS, STACEY MCMULLEN, PAUL SACHS, MICHEAL WENCROWICK, JOHN DOE 1, AND JOHN DOE 2, <br>     Defendants. | CIVIL ACTION <br><br><br> NO. 18-3128 |

## O R D E R

**AND NOW**, this 10th day of March, 2020, upon consideration of Defendants' Motion to Dismiss and briefing in support thereof (ECF No. 59) and Plaintiff's response thereto (ECF No. 74), **IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

The Clerk of Court **SHALL CLOSE** this case.

                                                                 **BY THE COURT:**

                                                                  /s/Wendy Beetlestone, J.

                                                                  _____
                                                                **WENDY BEETLESTONE, J.**